**ORDERED.**

Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

Dated: February 26, 2010



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| DAVID WHITE and NORMA WHITE, | Case No. 4:09-bk-29190-EWH |
| Debtors. | ORDER ALLOWING PAYMENT FOR ADMINISTRATIVE EXPENSE |

Upon application of Debtors' counsel for payment of administrative expenses, and there being no objections appearing,

IT IS ORDERED allowing the sum of $3,000.00 for attorney's fees and costs provided that payments will not prejudice claimants of equal or higher priority. The Trustee is directed to pay the balance of $3,000.00 to the Law Office of Kathryn L. Johnson, PLC to the extent that funds are available from the estate after payment of allowed administrative claims of higher priority. Upon confirmation of the plan, payment of this administrative expense shall be paid in accordance with the confirmed plan. In the event of a dismissal or conversion of this case, this administrative expense shall be paid immediately, prior to any refund of plan payments to the Debtors.

DATED this 22nd day of February, 2010.

_____
United States Bankruptcy Judge